```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                 CASE NO. 04-60006-CR-COHN/Snow
```

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHRISTOPHER SIMON,

       Defendant.

_____

### O R D E R

THIS CAUSE is before the Court on defendant **Christopher Simon's** Motion to Allow Counsel to Bring Laptop Into Courtroom (DE 962), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  Howard Srebnick, Esquire, is permitted to bring a laptop computer into the courthouse for use at a suppression hearing in this case scheduled before the undersigned on September 11, 2007 @ 1:30 p.m.

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of September, 2007.

 

                                                  */s/ Lurana S. Snow*
                                        LURANA S. SNOW
                                        UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brian McCormick (FTL)
Howard Srebnick, Esq.
U.S. Marshal (FTL)