UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60006-CR-COHN(s)(s)(s)/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSEPH RUSSO, JR., et al.,

    Defendants.
_____

**O R D E R**

THIS CAUSE is before the Court on defendant **Christopher Simon's** Motion for Permission to File Original Documents via Conventional Method (DE 970). Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of September, 2006.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Brian McCormick (FTL)

Howard Srebnick, Esq.